**Appeal Dismissed and Memorandum Opinion filed February 8, 2022.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-21-00389-CV

---

### UBERWERX, LLC, Appellant

### V.

### TRUXX OUTFITTERS, LLC AND STEVEN MAGERS, Appellees

---

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2019-60879**

---

### MEMORANDUM OPINION

This appeal is from a judgment signed June 21, 2021. The court reporter indicated there was no reporter's record for this case on July 20, 2021. The clerk's record was filed November 4, 2021. No brief was filed.

On December 30, 2021, this court issued an order stating that unless appellant filed a brief on or before January 13, 2021, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, we dismiss the appeal for want of prosecution.


PER CURIAM

Panel consists of Justices Wise, Bourliot, and Zimmerer.